IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02504-DME-KLM

THOMAS RADICK,

    Plaintiff,

v.

MR. MARK IPPOLITO, Health Services Administrator, F.C.I. Englewood, Colorado,
DR. KRAUSE, Medical Doctor, F.C.I. Englewood,
MR. GARZA, Physicians Assistant, F.C.I. Englewood,
NURSE WAGONER, Nurse, F.C.I. Englewood, and
MRS. LEYBA, Administrative Hearing Officer, F.C.I. Englewood,
MR. WALDO, Case Manager, F.C.I. Englewood, and
MS. DONSANJ, Unit Manager, F.C.I. Englewood,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated:   January 20, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02504-DME-KLM

Thomas Radick
Reg. No. 18207-424
FCI - Englewood
9595 W. Quincy Avenue
Littleton, CO 80123

US Marshal Service
Service Clerk
Service forms for: Mark Ippolito, Dr. Krause, Mr. Garza,
Nurse Wagoner, Mrs. Leyba, Mr. Waldo, and Ms. Donsanj

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Mark Ippolito, Dr. Krause, Mr. Garza, Nurse Wagoner, Mrs. Leyba, Mr. Waldo, and Ms. Donsanj; to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 11/26/10, ORDER FILED 1/12/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on  1/20/11     .

                                               GREGORY C. LANGHAM, CLERK

                                      By:_____
                                                      Deputy Clerk