IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02504-DME-KLM

THOMAS RADICK,

    Plaintiff,

v.

MARK IPPOLITO, Health Services Administrator, FCI Englewood,
DR. KRAUSE, Physician, FCI Englewood,
MR. GARZA, Physician's Assistant, FCI Englewood,
NURSE WAGONER, Nurse, FCI Englewood,
MRS. LEYBA, Administrative Hearing Officer, FCI Englewood,
MR. WALDO, Case Manager, FCI Englewood,
MS. DONSANJ, Unit Manager, FCI Englewood, and
MR. WATTS, F.B.O.P. Administrative Remedy Coordinator, Central Office, in his official and individual capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -7 2011

GREGORY C. LANGHAM
                  CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. Plaintiff has amended his Amended Complaint [Docket No. 13] to add "Mr. Watts, F.B.O.P. Administrative Remedy Coordinator, Central Office, in his official and individual capacity" as a Defendant.

    IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Watts. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint [#13], Plaintiff's Motion to Amend [Docket No. 29], the summons, the Order [Docket No. 2] granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon this Defendant. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that this Defendant or his counsel shall respond to the Amended Complaint [#13] as provided for in the Federal Rules of Civil Procedure after service of process on them.

DATED: February 7, 2011 at Denver, Colorado.

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02504-DME-KLM

Thomas Radick
Reg. No. 18207-424
FCI - Englewood
9595 W. Quincy Avenue
Littleton, CO 80123

US Marshal Service
Service Clerk
Service forms for: Mr. Watts

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Mr. Watts; to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 11/26/10, ORDER FILED 1/12/11, MOTION TO AMEND FILED 2/3/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/7/11  .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk