IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02504-DME-KLM

THOMAS RADICK,

    Plaintiff,

v.

MARK IPPOLITO, Health Services Administrator, FCI Englewood,
DR. KRAUSE, Physician, FCI Englewood,
MR. GARZA, Physician's Assistant, FCI Englewood,
NURSE WAGONER, Nurse, FCI Englewood,
MRS. LEYBA, Administrative Hearing Officer, FCI Englewood,
MR. WALDO, Case Manager, FCI Englewood,
MS. DONSANJ, Unit Manager, FCI Englewood, and
MR. WATTS, F.B.O.P. Administrative Remedy Coordinator, Central Office, in his official and individual capacity,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's Response [Docket Nos. 47, 48 & 49; Filed February 11, 2011] to the Court's Order to Show Cause [Docket No. 34] issued on February 7, 2011.[1] In his Response, Plaintiff provides an address for Defendant Ippolito: "6030 So. Quail Way, Denver, Colorado 80127." *Response* [#49] at 1.

IT IS HEREBY **ORDERED** that, pursuant to the Order Granting Service by United States Marshal [Docket No. 16], the United States Marshal shall attempt to serve the

---

[1] The Clerk of the Court severed Plaintiff's Response into three separate documents, and construed two of these documents [#47 & 48] as motions. The Court finds that it is more appropriate to consider Plaintiff's Response as a whole. The Court also finds that because the Response does not request any new relief from the Court, document numbers 47 and 48 should be terminated as motions.

Summons and Amended Complaint [Docket No. 32] on Defendant Ippolito at the address provided by Plaintiff.

      IT IS FURTHER **ORDERED** that the Order to Show Cause [#34] is **DISCHARGED**.

      IT IS FURTHER **ORDERED** that document numbers 47 and 48 are **TERMINATED** as motions.

      DATED: February 14, 2011 at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Kristen L. Mix
                                        Kristen L. Mix
                                        United States Magistrate Judge