IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02504-DME-KLM

THOMAS RADICK,

     Plaintiff,

v.

MARK IPPOLITO, Health Services Administrator, FCI Englewood,
DR. KRAUSE, Physician, FCI Englewood,
MR. GARZA, Physician's Assistant, FCI Englewood,
NURSE WAGONER, Nurse, FCI Englewood,
MRS. LEYBA, Administrative Hearing Officer, FCI Englewood,
MR. WALDO, Case Manager, FCI Englewood,
MS. DONSANJ, Unit Manager, FCI Englewood, and
MR. WATTS, F.B.O.P. Administrative Remedy Coordinator, Central Office, in his official
and individual capacity,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Clarification** [Docket No. 62; Filed February 25, 2011] (the "Motion"). The Motion does not contain any request upon which relief can be granted.  To the extent that Plaintiff seeks legal advice or guidance from the Court regarding how to properly file motions or how to prosecute his case, such advice and guidance simply cannot be provided.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

IT IS FURTHER **ORDERED that any future motion submitted by Plaintiff that is captioned with more than one case number will not be accepted for filing**.  Plaintiff may not submit a motion to the Clerk of the Court with instructions that it be filed in both this case and Case No. 1:11-cv-00298-BNB. Plaintiff must submit a separate copy of each motion he intends to file in each of his pending cases, with the correct case number indicated on each motion.

Dated:  February 28, 2011