# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02504-DME-KLM

THOMAS RADICK,

Plaintiff,

v.

MARK IPPOLITO, Health Services Administrator, FCI Englewood,
DR. KRAUSE, Physician, FCI Englewood,
MR. GARZA, Physician's Assistant, FCI Englewood,
NURSE WAGONER, Nurse, FCI Englewood,
MRS. LEYBA, Administrative Hearing Officer, FCI Englewood,
MR. WALDO, Case Manager, FCI Englewood,
MS. DONSANJ, Unit Manager, FCI Englewood, and
MR. WATTS, F.B.O.P. Administrative Remedy Coordinator, Central Office, in his official and individual capacity,

Defendants.

## ORDER RE:
## MOTION TO STAY DEFENDANT WATTS' RESPONSIVE PLEADING

Upon review of the motion by Defendant Watts to stay responsive pleading deadline, filed July 21, 2011, the Court finds it should be granted.

IT IS ORDERED that the Defendant's deadline to respond is stayed pending the ruling on the pending Recommendation

DATED: July 22, 2011

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE
DISTRICT OF COLORADO