**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-02504-DME-KLM

THOMAS RADICK,

      Plaintiff,

v.

MARK IPPOLITO, Health Services Administrator, FCI Englewood,
DR. KRAUSE, Physician, FCI Englewood,
MR. GARZA, Physician's Assistant, FCI Englewood,
NURSE WAGONER, Nurse, FCI Englewood,
MRS. LEYBA, Administrative Hearing Officer, FCI Englewood,
MR. WALDO, Case Manager, FCI Englewood,
MS. DONSANJ, Unit Manager, FCI Englewood, and
MR. WATTS, F.B.O.P. Administrative Remedy Coordinator, Central Office, in his official and individual capacity,

      Defendants.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), the orders entered during the course of proceedings in this case, the following final judgment is hereby entered.

    I.    Pursuant to and in accordance with the Order to Dismiss in Part and to Draw Case to A District Judge and to a Magistrate Judge entered by Judge Zita L. Weinshienk on January 12, 2011, Defendants Harley Lappin, Mike Nally, Mr. Fields, and Rene Garcia are dismissed as parties to this action.

    II.    Pursuant to and in accordance with the Order Adopting Recommendation of the United States Magistrate Judge entered by U.S. Circuit Court Judge David M. Ebel on September 21, 2012, incorporated herein by reference, it is

    ORDERED that:

    1.    The Magistrate Judge's Recommendation (Doc. 111) is ADOPTED IN FULL, and incorporates by reference the Magistrate Judge's earlier Recommendation (Doc. 94).

    2.    The Motion for Summary Judgment filed by Defendants Ippolito, Krause,

Civil Action No. 10-cv-02504-DME-KLM
Page 2

        Garza, Wagoner, Leyba, Waldo, and Donsanj (Doc. 86) is GRANTED.

3. Defendant Watts' Motion to Dismiss (Doc. 108) is GRANTED IN PART, DENIED IN PART (as to the assertion challenging personal jurisdiction), and DENIED AS MOOT IN PART.

4. Defendant Watts' Motion for Summary Judgment (Doc. 109) is GRANTED.

It is FURTHER ORDERED that this civil action is dismissed without prejudice.

DATED at Denver, Colorado, this 28th day of September, 2012.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk